UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENITA NICOLAS and HARRISSON NICOLAS,

      Plaintiffs,

v.

Case No. 2:21-cv-120-JLB-NPM

ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security; and TRACY RENAUD, Acting Director, U.S. Citizenship and Immigration Services

      Defendants.
_____/

## ORDER

Plaintiffs have filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 9.)  The notice is self-executing.  See Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  The Clerk is directed to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on April 13, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE